IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  v.<br>FREDERICK HAWKESWORTH, *et al.*,<br>Defendants. | No. 1:04-cr-0285-EGS |
| SEAN P. GASKIN, *et al.*,<br>  Plaintiffs,<br>  v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 1:15-cv-0023-EGS |
| SEAN P. GASKIN, *et al.*,<br>  Plaintiffs,<br>  v.<br>STEPHEN M. MAY, *et al.*,<br>Defendants. | No. 1:15-cv-0033-EGS |

### **NOTICE OF DEATH OF FREDERICK C. HAWKESWORTH**

Counsel for plaintiffs in Nos. 1:15-0023-EGS and 1:15-0033-EGS and for the Barbadian defendants in No. 1:04-cr-0285-EGS regretfully advises the Court that Frederick C. Hawkesworth died on or about September 30, 2016. On October 3, 2016, the undersigned counsel advised the government's counsel of Mr. Hawkesworth's passing and suggested that the parties discuss the effect, if any, of Mr. Hawkesworth's passing on the proceedings in the criminal and civil actions. The parties have yet to have those discussions, but the undersigned counsel thought it important to advise the Court of his passing, given the relative legal complexity of Mr. Hawkesworth's claims regarding Count II – applicable only to Mr. Hawkesworth – vis-à-vis the simplicity of the claims regarding Count I in defendants' pending motion to alter the judgment in the criminal action.

Dated: October 4, 2016					Respectfully submitted,


					/s/ Lawrence J. Joseph
					LAWRENCE J. JOSEPH, DC BAR #464777
					1250 Connecticut Ave., NW, Suite 200
					Washington, DC 20036
					Telephone: (202) 355-9452
					Email: ljoseph@larryjoseph.com

					*Counsel for Messrs. Gaskin and Scantlebury and the Estate of Mr. Hawkesworth*

**CERTIFICATE OF SERVICE**

 I hereby certify that, on this 4th day of October 2016, I electronically filed the foregoing notice with the Clerk of the Court using the CM/ECF system, which I understand to have caused service upon the government's counsel.

       /s/
       Lawrence J. Joseph