**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SEAN P. GASKIN, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>STEPHEN M. MAY, *et al.*,<br><br>   Defendants. | Civ. Action No. 15-33 (EGS) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendants' Motion to Dismiss, ECF No. 49, is **GRANTED**.

**SO ORDERED.**

**Signed:   Emmet G. Sullivan**
**          United States District Judge**
**          February 27, 2023**